No. 10–7990. HERNANDEZ v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 10–8003. AVILES v. MEDINA, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–8030. PURCELL v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–8060. RODRIGUEZ v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 10–8266. DORSETT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–8272. HARDISTY v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 10–8332. ETERE v. CITY OF NEW YORK, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–8405. HOLMES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8418. LIZARDO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–8527. ADDISON v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 10–8544. BOYD v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–8621. WOODS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–8630. MAKARENKOV v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8666. VASQUEZ v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.